**STATE v. ETHERIDGE**

[360 N.C. 359 (2006)]

STATE OF NORTH CAROLINA v. ROBERT LOUISE ETHERIDGE

No. 134A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 168 N.C. App. 359, 607 S.E.2d 325 (2005), affirming in part and reversing in part defendant's conviction and sentence entered 23 July 2003 by Judge Jerry Braswell in Superior Court, Lenoir County. Heard in the Supreme Court 12 September 2005.

*Roy Cooper, Attorney General, by Kathleen M. Waylett, Special Deputy Attorney General, for the State.*

*Sue Genrich Berry for defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.